IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARCUS AUGUSTUS JOHNS,          )
                                )
        Plaintiff,               )
                                )
    vs.                         )   No. 07 C 530
                                )
AMTRAK POLICE UNIT (Chicago     )
Police Department District #1,  )
                                )
        Defendant.              )

## MEMORANDUM OPINION AND ORDER

On June 1, 2007, we issued a Memorandum Opinion and Order that we hoped would lay to rest the pleading battles then being waged. It did not do so. Plaintiff has since filed two amended complaints. They contain the false arrest claim, the <u>Miranda</u> claim, the Illinois criminal law claims and the defendants previously dismissed. We dismiss them again. Plaintiff's subsequently filed Statement of Claim Affidavit and Response are not bases for reconsideration.

The same is true of his Fourteenth Amendment claim. None of his subsequent pleadings supply what was originally missing. We dismiss that claim with prejudice.

Finally, we decline to follow defendant's dictate that we require an amended complaint. We note that plaintiff appears quite competent to research law and plead claims, and then almost wholly disregards procedural rules. We are not confident, though, that yet another pleading would be of much help. On June 1, 2007, we set forth what we believe the permissible disputes to be, and we think the time has come to proceed.

We will not require plaintiff to attend status conferences here. It will, however, be his

responsibility to advise chambers of a telephone number where he can be reached on the date and at about the time of any scheduled status conference, or to call in at the designated time.

*[signature: James B. Moran]*

JAMES B. MORAN
Senior Judge, U. S. District Court

_02. 31_, 2007.